# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PETER E. LANDER <br><br> v. <br><br> JPMORGAN CHASE BANK NATIONAL ASSOCIATION (NA), ET AL. | § <br> §    Civil Action No. 4:21-CV-353 <br> §    (Judge Mazzant/Judge Nowak) <br> § <br> § <br> § <br> § |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 21, 2022, the report of the Magistrate Judge (Dkt. #72) was entered containing proposed findings of fact and recommendations that Defendant City of Plano's Motion for Order Determining Peter Lander a Vexatious Litigant (Dkt. #12) be denied. *Pro se* Plaintiff Peter E. Lander, who receives electronic notice in this matter, received notice of the Magistrate Judge's Report on February 21, 2022 (Dkt. #33).

Having received the report of the United States Magistrate Judge, considered Plaintiff's Objections (Dkt. #79), and conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant City of Plano's Motion for Order Determining Peter Lander a Vexatious Litigant (Dkt. #12) is **DENIED**.

    **IT IS SO ORDERED**.
    **SIGNED** this 16th day of March, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE