# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

PETER E. LANDER                                             §
                                                            §    Civil Action No. 4:21-CV-353
v.                                                          §    (Judge Mazzant/Judge Nowak)
                                                            §
JPMORGAN CHASE BANK NATIONAL                                §
ASSOCIATION (NA), ET AL.                                    §
                                                            §

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 23, 2022, the report of the Magistrate Judge (Dkt. #77) was entered containing proposed findings of fact and recommendations that Defendant JPMorgan Chase National Association's Motion to Dismiss (Dkt. #24) be granted. *Pro se* Plaintiff Peter E. Lander, who receives electronic notice in this matter, received notice of the Magistrate Judge's Report on February 23, 2022 (Dkt. #33).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that JPMorgan Chase National Association's Motion to Dismiss (Dkt. #24) is **GRANTED**. Plaintiff's claims against JPMorgan Chase National Association are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 16th day of March, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE