# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PETER E. LANDER | § | |
| | § | Civil Action No. 4:21-CV-353 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| JPMORGAN CHASE BANK NATIONAL | § | |
| ASSOCIATION (NA), ET AL. | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 24, 2022, the report of the Magistrate Judge (Dkt. #78) was entered containing proposed findings of fact and recommendations that Defendants the City of Plano and Frisco ISDs' Motions to Dismiss (Dkts. #44, #54) be granted, and that the Plano Police Department and unserved defendants Greg Rushing, Bill Washington, William Hiney, Daniel Tyler, Tyrone More, Jon Hoffmann, Steve Sanders, John Doe, Mike Doe, David Doe, James Driskill, Tim Sanzs, Shana McKay-Wortham, Dennis Grimes, Kevin Haller, Doug Zambiasi, Douglas Becker, K Severan, Kri Jones, and K Haller should also be dismissed.  *Pro se* Plaintiff Peter E. Lander, who receives electronic notice in this matter, received notice of the Magistrate Judge's Report on February 24, 2022 (Dkt. #33).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants the City of Plano and Frisco ISDs' Motions to Dismiss (Dkts. #44, #54) are **GRANTED**.  Plaintiff Peter E. Lander's claims against The City of Plano, Frisco ISD, and the Plano Police Department are **DISMISSED WITH PREJUDICE**.

Plaintiff's claims against and unserved defendants Greg Rushing, Bill Washington, William Hiney, Daniel Tyler, Tyrone More, Jon Hoffmann, Steve Sanders, John Doe, Mike Doe, David Doe, James Driskill, Tim Sanzs, Shana McKay-Wortham, Dennis Grimes, Kevin Haller, Doug Zambiasi, Douglas Becker, K Severan, Kri Jones, and K Haller are **DISMISSED WITHOUT PREJUDICE**.  Because no other claims are remaining, Plaintiff's suit is dismissed in its entirety.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 18th day of March, 2022.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE